# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS:** Philip York

**DEFENDANTS:** Cawley + Bergman LLP

**(b) County of Residence of First Listed Plaintiff:** Cook
(EXCEPT IN U.S. PLAINTIFF CASES)

**County of Residence of First Listed Defendant:** Erie County
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

FILED
OCT 10 2012
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**(c) Attorney's (Firm Name, Address, and Telephone Number)**

12CV8131
Judge Virginia M. Kendall
Mag. Judge Sheila M. Finnegan

## II. BASIS OF JURISDICTION

- ☒ 3 Federal Question (U.S. Government Not a Party)

## IV. NATURE OF SUIT

- ☒ 480 Consumer Credit

## V. ORIGIN

- ☒ 1 Original Proceeding

## VI. CAUSE OF ACTION

FCRA Violation

## VIII. REQUESTED IN COMPLAINT:

JURY DEMAND: ☒ Yes ☐ No

## IX. This case

☒ is not a refiling of a previously dismissed action.

**DATE:** 10/10/2012

**SIGNATURE OF ATTORNEY OF RECORD:** [signature] Philip York